1040

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD J. ALLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00763-4, Barbara D. Johnson, J., entered August 7, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 26479-3-III. Division Three. October 15, 2009.]

JOSEPH HUBBARD, *Appellant*, v. EASTMONT SCHOOL DISTRICT No. 206, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 05-2-00444-1, John Hotchkiss, J., entered August 30, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 27309-1-III. Division Three. October 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN W. HOYT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-00421-3, Carrie L. Runge, J., entered July 17, 2008. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 27326-1-III. Division Three. October 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS REY SAMANIEGO, *Appellant*.

Appeal from a judgment of the Superior Court for Douglas County, No. 08-1-00069-2, John Hotchkiss, J., entered July 14, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.